FILED'11 MAR 29 11:03USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WEBFORMIX, INC.,                                    Civ. No. 10-6229-TC

    Plaintiff,                                          ORDER

  v.

AIRSPAN NETWORKS INC.,

    Defendant.

Aiken, Chief Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action on December 17, 2010. Magistrate Judge Coffin recommends that defendant's motion to dismiss for lack of personal jurisdiction be granted and the case dismissed. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make

-1- ORDER

a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff filed timely objections to the Findings and Recommendation. Upon <u>de novo</u> review of Magistrate Coffin's Findings and Recommendation, I find no error. Plaintiff fails to establish sufficient contacts with this forum, or conduct purposefully directed at this forum, to support the exercise of personal jurisdiction over defendant.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 26) filed December 17, 2010 is ADOPTED in its entirety. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (doc. 4) is GRANTED, and this case is DISMISSED

IT IS SO ORDERED.

Dated this __29__ day of March, 2011.

                                 */s/ Ann Aiken*
                                 Ann Aiken
                          United States District Judge